# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Penny Bunch,<br><br>    Plaintiff,<br><br>v.<br><br>Red Lobster Hospitality LLC,<br><br>    Defendant. | No. CV-18-01397-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation to Extend Defendant's Answer Deadline. (Doc. 10.)

**IT IS ORDERED** that the parties' Stipulation is **DENIED**, no good cause shown. The mere fact that the parties stipulate to extend the deadline is not good cause under the Mandatory Initial Discovery Pilot Project, General Order 17-08, paragraph A(5)(b).

Dated this 1st day of June, 2018.

Douglas L. Rayes
United States District Judge